# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 5, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130081

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DONALD LEROY FAZI,
      Defendant-Appellant.

SC: 130081
COA: 265552
Cass CC: 04-010294-FH

_____/

On order of the Court, the application for leave to appeal the November 3, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.

KELLY, J., would grant leave to appeal for the reasons stated in her dissenting statement in *People v Conway* (Docket No. 129431), ___ Mich ___ (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 5, 2006

d0424

_____
Clerk